IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-00240-RJC-DSC

| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERRELL DEVON FREEMAN (1) | ) | |
| | ) | |

**THIS MATTER** comes before the Court on the defendant's pro se letter-motion for a sentence reduction. (Doc. No. 121).

Title 18, United States Code, Section 3582(c)(2) allows a court to reduce a sentence based on a guideline range that has been subsequently lowered by the Sentencing Commission if consistent with its policy statements. Here, the defendant relies on Amendment 829, (Doc. No. 121: Motion at 1), which is not designated as retroactive by the Commission in its policy statement, USSG §1B1.10(a)(1), (d). Thus, he is not entitled to relief.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 121), is **DENIED.**

Signed: January 6, 2025

Robert J. Conrad, Jr.
United States District Judge